[Civ. No. 12045. Second Appellate District, Division Two.—November 9, 1938.]

MARY FORD, Appellant, v. STANLEY CARKEEK et al., Respondents.

No appearance for Appellant.

Syril S. Tipton for Respondents.

THE COURT.—■■■ This case comes before us on motion to dismiss for failure of the appellant to file a transcript of the record within the time allowed by law and for failure to file a brief. The motion is accompanied by a clerk's certificate. The motion is good; appeal dismissed.